April/9/2024

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

Jeffrey Gibson

_____

(Enter above the full name of
plaintiff in this action)

v.

Susquehanna Twp. Codes

_____

(Enter above the full name of
the defendant(s) in this action)

CIVIL CASE NO: 24-CV-652
(to be supplied by Clerk
of the District Court)

FILED
SCRANTON

APR 16 2024

PER ___DJ___
DEPUTY CLERK

COMPLAINT

1. The plaintiff Jeffrey Gibson a citizen of the County of _____ State of Pennsylvania, residing at 1912 Franklin Ave, Harrisburg PA wishes to file a complaint under Rights to use your own Water and under Federal and State Laws that gives people the Rights to Water. (give Title No. etc.)

2. The defendant is Susquehanna Twp Codes office.

_____

3. STATEMENT OF CLAIM: (State below the facts of your case. If you have paper exhibits that give further information of your case, attach them to this completed form. Use as much space as you need. Attach extra sheet(s) if necessary) _____

April/9/2024

3. (CONTINUED) Claim for Relief

(1) to uphold the Right to use underground water that was used by my family up to 1975.

(2) Susquehanna Twp Codes office was told to come at me as a means to stop my other two case now at the U.S. Court of appeals.

(3) for Relief Claim,
I'am asking for 1. million dollars on Susquehanna Twp Code office. Please note 1916 and 1912 are on the Same family Land, 1916 house was build in 1850, and is on the national list of old homes.

4. WHEREFORE, plaintiff prays that _____

_____
Jeffrey Gibson
(Signature of Plaintiff)
April/9/2024

U.S. District Court
Clerk office
U.S. Courthouse
235 north Washington Ave
P.O. Box 1148
Scranton PA 18501

Jeffrey Gibson
1916 Franklin Ave
Harrisburg PA 17109
April/9/2024

Gibson vs. Susquhanna Codes office

Motion to Proceed Inforna Paup,'s and Claim for Relief.
(1) under federal and State Laws on under-grown "Well" "Water", each person has the Rights to use that water. and we did up to 1975. now I'am use it. in 2023. I'am asking the federal Court to uphold peoples Rights under federal and State Laws on well water use. Susquhanna Twp Codes office was order to come at me and my mother who is died. for 1916 House. Please note 1916 and 1912 are on the Same family Land. and 1916 was builded in 1850 and is on the national list of old homes.

(2) Claim for Relief.
I'am asking for 1.million dollar from Susquhanna Twp. Please note Susquhanna Twp alone with others are going to lose a big case now at the U.S. Court of Appeal Gibson vs. U.S. federal Resever. and other.

Jeffrey Gibson



1900 Linglestown Road | Harrisburg, PA 17110
Phone 717.545.4751 | Fax 717.540.4298
susquehannatwp.com

March 6, 2024

Katie B. Gibson & Randall L. Gibson

1916 Franklin Avenue

Harrisburg, Pa  17109

Subject: Unfit for Occupancy

Location:  1917 Franklin Avenue (Parcel ID: 62-027-018)

Dear Homeowner:

Please be advised the Susquehanna Township Building/Codes Departments has been notified by Veolia Water Company that your water was turned off in 2022.  Due to this condition, the property is hereby placarded as "unfit for human occupancy". [It was June/2023]

**PM 108.1.3 Structure unfit for human occupancy.**

A structure is unfit for human occupancy whenever the code official finds that such structure is unsafe, unlawful or, because of the degree to which the structure is in disrepair or lacks maintenance, is unsanitary, vermin or rat infested, contains filth and contamination, or lacks ventilation, illumination, sanitary or heating facilities or other essential equipment required by this code, or because the location of the structure constitutes a hazard to the occupants or the structure or to the public.

**Section 505 Water System**

**PM 505.1 General**

Every sink, lavatory, bathtub, or shower, drinking fountain, water closet or other plumbing fixture shall be properly connected to either a public water system or to an approved private water system.  Kitchen sinks, lavatories, laundry facilities, bathtubs and showers shall be supplied with hot or tempered and

cold running water in accordance with the International Plumbing Code.

**PM 505.3 Water Supply.**

The water supply system shall be installed and maintained to provide a supply of water to plumbing fixtures, devices, and appurtenances in sufficient volume and at pressures adequate to enable the fixtures to function properly, safely, and free from defects and leaks.

**COMMENT:** Structure shall be vacated and not occupied until water service is restored.

**TIMEFRAME TO VACATE:** 7 DAYS

Citations shall be issued for non-compliance. If you have any questions or concerns, please contact me at 717-909-9257 or email khartz@susquehannatwp.com.

Right to Appeal

If you disagree with this action, you have the right to appeal to the Township Property Maintenance Board of Appeals. The appeal must be in specific writing to the Susquehanna Township Department of Community and Economic Development, c/o the Director, 1900 Linglestown Road, Harrisburg, Pa 17110, within 20 days after the day the decision, notice or order was served. An appeal fee of Two Hundred Fifty Dollars ($250.00) or proof of indigence must accompany the appeal.

Regards,

Kathryn M. Hartz

Code Enforcement Inspector

Susquehanna Township Codes Division

Mailed First Class Mail: March 6, 2024

Mailed Certified Mail: 7013 0600 0001 0243 0696

Cc: File



Jeffrey Gibson
1916 Franklin Ave
Harrisburg PA 17109

U.S. district Court
clerk office
U.S. Court house
235 north Washington Ave
P.O. Box 1148
Scranton PA 18501

RECEIVED
SCRANTON
APR 16 2024
PER AMO
DEPUTY CLERK